No. 04-467

IN THE SUPREME COURT OF THE STATE OF MONTANA

2005 MT 292N

DAVID WEBER, Personal Representative
of the Estate of Joseph W. Weber,

Plaintiff and Respondent,

v.

GREG T. PRICE,

Defendant and Appellant.

APPEAL FROM:    The District Court of the Eighth Judicial District,
In and For the County of Cascade, Cause No. ADV 2004-215,
Honorable Thomas M. McKittrick, Presiding Judge

COUNSEL OF RECORD:

For Appellant:

Greg T. Price, *Pro Se*, Great Falls, Montana

For Respondent:

Nathan J. Hoines, Hoines & Ferguson, Great Falls, Montana

Submitted on Briefs:  November 2, 2005

Decided:  November 22,
2005

Filed:

_____
Clerk

Chief Justice Karla M. Gray delivered the Opinion of the Court.

¶1      Pursuant to Section 1, Paragraph 3(d)(v), Montana Supreme Court 1996 Internal Operating Rules, as amended in 2003, the following memorandum decision shall not be cited as precedent. Its case title, Supreme Court cause number and disposition shall be included in this Court's quarterly list of noncitable cases published in the Pacific Reporter and Montana Reports.

¶2      Greg T. Price, appearing *pro se,* appeals from a default and judgment entered against him in the Eighth Judicial District Court, Cascade County. We affirm.

¶3      The dispositive issue is whether a default against Price was entered prior to the 20 days after service in which he was required to respond to the complaint pursuant to Rules 6(a) and 12(a), M.R.Civ.P.

¶4      We have determined to decide this case pursuant to Section I, Paragraph 3(d) of our 1996 Internal Operating Rules, as amended in 2003, which provides for memorandum opinions. It is manifest on the face of the briefs and the record that this appeal is without merit. The complaint was served on Price on March 22, 2004. He did not respond and his default was entered on April 14, 2004. The issue is factual, and there clearly is sufficient evidence that Price failed to plead or otherwise defend within the 20 days allowed by law.

¶5      Affirmed.

/S/ KARLA M. GRAY

We concur:

2

/S/ JOHN WARNER
/S/ W. WILLIAM LEAPHART
/S/ BRIAN MORRIS
/S/ JIM RICE